# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| CRYSTAL R. GREENWOOD, § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:17-CV-0122-D |
| § | |
| NANCY A. BERRYHILL, § | |
| Acting Commissioner of Social Security, § | |
| Defendant. § | |

## ORDER

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. Objections were filed, and the court has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objection was made. The objections are overruled and the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED** this 28th day of March, 2018.

　　　　　　　　　　　　　　　　　　　　
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE